**John Dee WALKER, Petitioner–
Appellant,**

v.

**Paul KASTNER, Warden, FCI
Texarkana, Respondent–
Appellee.**

No. 05–41306.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 28, 2006.

John Dee Walker, Texarkana, TX, pro
se.

Before DAVIS, SMITH, and WIENER,
Circuit Judges.

PER CURIAM: *

John Dee Walker, federal inmate
# 23826–077, has filed a motion in this
court to proceed in forma pauperis (IFP)
on appeal from the dismissal of his 28
U.S.C. § 2241 petition. Walker has also
filed two motions seeking leave to file sup-
plemental briefs on appeal; those two mo-
tions are denied.

Walker's claim that 18 U.S.C. § 3624(b)
required the Bureau of Prisons to award
him 54 days of credit, in advance, for each
year of imprisonment that the district
court imposed is foreclosed. *See More-
land v. Federal Bureau of Prisons,* 431
F.3d 180, 186 (5th Cir.2005), *cert. de-
nied,* —— U.S. ——, 126 S.Ct. 1906, 164
L.Ed.2d 583 (2006). Moreover, Walker's
contention that the application of its inter-
pretation of § 3624(b) to him violates the
Ex Post Facto Clause is without merit.
As he admits, the Bureau of Prisons has
applied § 3624(b)(1) consistently since be-
fore Walker was sentenced.

IFP DENIED; LEAVE TO FILE
SUPPLEMENTAL BRIEFS DENIED;
APPEAL DISMISSED. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under
  the limited circumstances set forth in 5TH CIR.
  R. 47.5.4.